Laurie A. Cayton (USB #4557)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
Ken Garff Building, Suite 300
405 South Main Street
Salt Lake City, UT 84111
Telephone:     (801) 524-3031
Facsimile:      (801) 524-5628
Email: laurie.cayton@usdoj.gov

Attorney for Patrick S. Layng, United States Trustee

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| In re:<br><br>**BRETT JASON HAZLETT,**<br><br>Debtor. | **Bankruptcy Case No. 16-30360 KRA**<br>(Chapter 7)<br>Judge Kevin R. Anderson |
|---|---|

**UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE**

The United States Trustee, by and through his attorney, Laurie A. Cayton, moves the Court for an order reopening the present case pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010 and waive the payment of the filing fee.  In support thereof, the United States Trustee represents as follows:

**STATEMENT OF FACTS**

1.     On November 22, 2016, the Debtor, Brett Hazlett, filed an individual Voluntary

    Petition for relief under Chapter 7 of the Bankruptcy Code.

2. On March 15, 2017, the Debtor received a discharge of debts pursuant to 11 U.S.C. §727. On May 15, 2017, an Order was entered closing Debtor's Case ("Closing Order").

3. The United States Trustee has commenced an investigation into the attorney's fees charged in this case and possible violations of the Bankruptcy Code, the Local Rules for the District of Utah as well as other provisions of Federal law. The United States Trustee received additional information regarding the possible violations following the time of the Closing Order.

## ARGUMENT

The United States Trustee believes that certain violations of the Bankruptcy Code, the Local Rules and other Federal Law have occurred in this case both before and after the closing of the case and desires to complete an investigation regarding this bankruptcy filing and the involvement of debtor's counsel as well as the debt collector involved in this case. The United States Trustee believes, and on that basis asserts, that the acts, conduct, and involvement of counsel and his debt collector in this case justify the examination of their practices, and that the case should be reopened to accord relief to the debtor and for other cause under 11 U.S.C. §350(b). The United States Trustee further asserts that the appointment of a trustee in this case is not necessary to protect the interests of creditors and the debtor at this time.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order reopening this bankruptcy case and waiving the payment of the filing fee in connection with the reopening of this Case and for such other and further relief as the Court may deem just and equitable.

DATED: September 25, 2017

                              Respectfully submitted,

                              /s/
                              LAURIE A. CAYTON
                              Attorney for the United States Trustee,
                              Patrick S. Layng

# **CERTIFICATE OF MAILING**

I HEREBY CERTIFY that, on September 25, 2017, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, as noted below:

Kenneth A. Rushton, Trustee
Russell Weekes, Debtor's counsel

Further, I certify that copies of the **MOTION** were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Brett Jason Hazlett
570 West 800 North
Pleasant Grove, UT  84062

/s/
Laurie A. Cayton