Tessa M. Santiago, Bar No. 9324
Leah J. Aston Bar No. 15989
LINCOLN LAW, LLC
921 W. Center Street
Orem, Utah 84057
Phone (801) 224-8282
Fax (800) 584-6826
tms@lincolnlaw.com
Attorneys for Debtor

## IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No.16-30360 |
| --- | --- |
| **BRETT JASON HAZLETT** | Chapter 7 |
| Debtor | Judge Kevin Anderson |

### NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take note that, with the consent of his client, Debtor Brett Jason Hazlett, Capstone Law and Russell Weekes, Utah Bar No. 10214, is withdrawing as counsel of record effective November 3, 2017.

Debtor will be now represented by Lincoln Law, LLC. Lincoln Law verifies that it is aware of and will comply with all pending deadlines in case.

Dated: November 3, 2017        LINCOLN LAW, LLC
/s/ Tessa Meyer Santiago
Tessa Meyer Santiago, Bar No. 09324
Counsel for Debtor.

Approved as to form:

/s/ [signature]

Russell Weekes,

Capstone Law

Case 16-30360    Doc 29    Filed 11/21/17    Entered 11/21/17 13:52:47    Desc Main
Document      Page 2 of 3

Certificate of Service

I certify that the following **NOTICE OF SUBSTITUTION OF COUNSEL** was electronically filed via CM/ECF with the United States Bankruptcy Court for the District of Utah.

Dated: November 21st, 2017                    /s/ Tessa Meyer Santiago