# EXHIBIT B



## Weekes Law

179 North 1200 East, Ste. 104, Lehi, Utah 84043
Phone: 801/810-2003  |  F: 888/612-4236
www.UtahBankruptcyAttorneys.net  |  info@WeekesLaw.net

Re: Completion Retainer Agreement & Promissory Note ("Agreement") for  Hazlett, Brett ("Client" or "You")

**Principal Amount:**  $ 2400.00

**1. Legal Fees For Our Services**. You promise to pay to the order of Weekes Law, PLLC the fee in the amount of $ 2400.00          USD for the Services received, as described herein. The Fee shall be paid by equal monthly automatic withdrawal or debit, according to the accompanying "Check Draft Authorization", with the first monthly payment commencing within 21 days after your initial petition is filed ("Petition Date"). The minimum monthly payment shall be $240 per month and the entire balance shall be paid no later than 10 months after the petition date. Earned Fees will not be refunded.  You acknowledge and agree that the Firm may borrow funds from BK Billing to pay certain costs associated with the legal engagement contemplated hereby. You acknowledge and agree to the Third-party Disclosure and Consent relating to the additional fee under this paragraph 4, which is attached and incorporated by this references.

**2. Our Legal Services.**  We will provide legal services for the filing of your Petition for the purpose obtaining a discharge ("Services"). Services are: (a) preparation and completion of Your Petition, schedules, and statement of affairs; (b) representing You at the 341 meeting of creditors ("341 Meeting"); (c) providing your payment advices, bank statements, and tax returns to the trustee; and (g) responding to court and/or trustee directives. This agreement assumes that an emergency bankruptcy Petition has already been filed with the court.

**3. What We Need From You.** You agree that: (a) All information that you are required to provide with a petition and thereafter during a case under this title must be _**complete**_, _**accurate**_ and _**truthful**_ (b) provide all helpful or necessary documentation to support your Client Profile, Petition, Statements and Schedules; (c) timely comply with any trustee directives; (d) completely and accurately disclose ALL of your assets and liabilities along with the replacement value thereof; (e) completely and accurately provide your current monthly income and disposable income and (f) completely and accurately disclose ALL transfers of any property interest within the four years immediately before filing. **If you do not provide ALL the information required to complete your filing within 7 days, you understand and acknowledge that your case is subject to dismissal.**

**4.  Fees For Additional Legal Services.** In the event you need additional legal services ("Additional Legal Services") that exceed the scope described above (Paragraph 1) an additional fee for those services is required. The Firm will provide Additional Legal Services at the Firm's prevailing hourly rates. The Firm's current hourly rate for attorneys ranges from $175-$300 and office staff rates range from $75 - $125 per hour. Additional Legal Services include, without limitation, any and all adversarial proceedings or contested matters, including defense of any motions for relief of state or opposition to discharge, analysis and completion of reaffirmation agreements, motions to extend time, motions to continue 341 meeting, 2004 examinations, motions to complying with trustee directives or turn-over of property, and post-discharge communication with You or Your creditors. You are responsible for all actual costs associated with your bankruptcy ("Costs").   The unpaid portion of court filing fee according to the Application to Pay the Filing Fee in Installments is included in the Fee described in this Section 3

**5.  Disclaimer and Acknowledgement**. The Firm disclaims any responsibility for inaccurate or incomplete personal or financial information.  You acknowledge: (a) that the Firm has not made representations or warranties regarding the outcome of your matter;  (b) you cannot file repeated bankruptcy petitions within a year without losing the "automatic stay", unless the court otherwise orders; (c) we cannot advise you to incur debt in contemplation of filing for bankruptcy (loading up on debt that will be discharged); (d) you cannot file bankruptcy in bad faith or if you have the "means" to repay your creditors; (e) your bankruptcy case may be dismissed for failure to timely file documents, attend hearings, or meet deadlines; and (f) bankruptcy may require that you liquidate or surrender all

non-exempt assets to the bankruptcy trustee. The bankruptcy trustee will be the owner of all your non-exempt property (including cash and tax returns) and will attempt to liquidate your non-exempt property.

**6. Governing Law, Jurisdiction, Venue**. The laws of the State of Utah will govern this Agreement and the jurisdiction and venue for the enforcement of this Agreement shall be found exclusively in, and the parties submit to personal jurisdiction of the courts of Salt Lake County, State of Utah.

7. **Documents Obtained From Client.** This office does NOT retain paper documents from its clients. Unless required by the court in an evidentiary matter, in which case You will be informed in advance, You agree not to submit any original documents to the Firm in paper form and You authorize the Firm to digitize any documents submitted and then destroy the paper form, unless otherwise required by law to retain the paper form. Unless otherwise required, until 5 years after all time periods for appeals expire in Your case. After that time, they will be destroyed. Within that period, You may request copies of items in the file for a cost of $50 storage retrieval and processing.

8. **Default.** In the event that the entire Fee is not paid within 12 months of filing your emergency petition as required hereunder or a period paid is not made within 14 days of its due date, you will be charged a late fee in the amount of $100 and the remaining balance will become due and owing and charged interest at the rate of 36% per annum. **You understand and agree that failure to make timely payments hereunder may result in your filing fee not being paid to the court and may result in a dismissal without a discharge, we will seek court approval to withdrawal as counsel, and a collection action being brought against you.** In the event that litigation becomes necessary to enforce any part of this Agreement, You acknowledge and agree that we will be entitled to recover reasonable attorney's fees, costs, and expenses of every kink associated with the enforcement of this Agreement.

You further grant the Firm the right to assert both common law and statutory attorney's lien rights, including pursuant to Utah Code annotated, Section 78-51-41, against all funds, property or proceeds that is subject of or in connection with the work performed by the Firm for you, in connection with all sums which become due under this Agreement during the course of the Firm's representation of you. If, after a judgment or decree is entered, or the Firm has withdrawn from the case if that occurs prior to the entry of judgment, payment of the balance due is not made within three (3) days of billing or if arrangement for the payment of the balance due is not made, <u>the firm reserves the right to file an attorney's lien on the Client's claim, settlement, judgment, and/or tax refund pertaining to this matter, including any real property or personal property or proceeds therefrom, whether the Firm continues to represent the Client or not, to protect the Firm's rights in that property.</u> This reservation and notice of the Firm's right to and your acceptance of the Firm's rights to file an attorney's lien is in accordance with the applicable statutes of the State of Utah (Section 78-51-41, Utah Code Annotated).

IN WITNESS WHEREOF, The foregoing terms and conditions are set forth to promote a clear understanding of our expectations as to Fee for Services. I/We acknowledge and agree to the terms & conditions set forth herein.

_____                                                                   Nov 22, 2016
**(Client/Authorized Accountholder Signature)**                                      **(Date)**


**(Client/Authorized Accountholder Signature)**                                      **(Date)**



# Weekes Law

179 North 1200 East, Ste. 104, Lehi, Utah 84043
Phone: 801/810-2003 | F: 888/612-4236
www.UtahBankruptcyAttorneys.net | info@WeekesLaw.net

**Execution of the Agreement and Fee Check Draft Authorization ("Execution and Authorization")**

I am bound by the above Agreement and as the Client execute and authorize the Firm to draft funds from the checking account indicated below. I also authorize my depository financial institution to honor these transfers. I have read and agree to all of the terms and conditions of the Execution and Authorization. I certify that I am an authorized account holder and signatory for this checking account. I understand this is a binding agreement and I will receive a copy of each check draft in my statement when the item has cleared. I understand this is a legal binding agreement between the Firm and me. I understand that all returned checks are subject to a $25.00 NSF Fee. This Agreement, Execution and Authorization will remain in effect until the Firm receives my written notice of cancellation via mail, fax or email. I agree that the following deductions will be made from my checking account in the amount and dates as set forth below:

$ 200.00    initial payment to be deducted on  12/13/2016    .
$ 200.00    payment to be deducted on  1/12/2017    .
$ 200.00    payment to be deducted on  2/11/2017    .
$ 200.00    payment to be deducted on  3/13/2017    .
$ 200.00    payment to be deducted on  4/12/2017    .
$ 200.00    payment to be deducted on  5/12/2017    .
$ 200.00    payment to be deducted on  6/11/2017    .
$ 200.00    payment to be deducted on  7/11/2017    .
$ 200.00    payment to be deducted on  8/10/2017    .
$ 200.00    payment to be deducted on  9/9/2017    .

| | |
|---|---|
| Payment Method: Card | Debit Card # 4120460012791607 |
| Name on Account: Savannah smith | Exp Date: 04/19 |
| Bank Name: | CID: 755 |
| (9) digit routing # | |
| Account # | |

_____    Nov 22, 2016
**(Client/Authorized Accountholder Signature)**    **(Date)**


**(Client/Authorized Accountholder Signature)**    **(Date)**

Notes/Instructions:

Page **3** of **4**



# Weekes Law

179 North 1200 East, Ste. 104, Lehi, Utah 84043
Phone: 801/810-2003  |  F: 888/612-4236
www.UtahBankruptcyAttorneys.net  |  info@WeekesLaw.net

## Third-Party Disclosure and Consent

The Firm from time to time may borrow funds from BK Billing to pay certain costs associated with the legal engagement. When and if this happens Your outstanding balance owed to the Firm (a/k/a accounts receivables) remains the Firm's, but the following applies:

1. Your signed engagement agreement along with accompanying document will be shared with BK Billing (e.g., pay stubs) to obtain an advance of up to 75% of the balance owed to the Firm;

2. In the event that the Firm seeks an advance of Your balance owed to the Firm and such extension of credit is obtained, the third-party (BK Billing) will act as our accounts receivable party, which means they will contact you regarding your regularly schedule payments, receive payments, and/or process payments on the Firm's behalf;

3. BK Billing will NOT have a security interest or claim on any of Your assets, other than Your payment owed to the Firm; and

4. BK Billing may initiate collections on behalf of the Firm in the event of a default in your payments.

By signing this Third-party Disclosure and Consent, you acknowledge and agree:
1. that the Firm has disclosed the existence or potential existence of a factoring loan arrangement;
2. You authorize and consent to the disclosure of documents and information set forth herein;
3. You have been provided the opportunity to ask questions regarding such potential agreement and an opportunity to consult your advisors;
4. The Firm has answered all of Your questions to Your satisfaction;
5. You agree to remit payment to BK Billing upon receipt of a notice from BK Billing or the Firm; and
6. You explicitly consent to these terms in writing.

I/We acknowledge and agree to the terms & conditions set forth herein.

_____                                    Nov 22, 2016
(Client Signature)                                                 (Date)


_____                                    _____
(Client Signature)                                                 (Date)



# Hazlett, Brett Chapter 7 Ch 7 A BP Completion Agreement

Adobe Sign Document History      11/22/2016

| | |
|---|---|
| Created: | 11/22/2016 |
| By: | Marci Taylor (mt@weekeslaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2QsjFanJL5ZDRQjrBtOo3XhCRKQxbBSX |

## "Hazlett, Brett Chapter 7 Ch 7 ABP Completion Agreement" History

- Document created by Marci Taylor (mt@weekeslaw.net)
  11/22/2016 - 12:08:50 PM MST- IP address: 136.146.210.8

- Document emailed to Brett Hazlett (savannahsmiths17@gmail.com) for signature
  11/22/2016 - 12:08:59 PM MST

- Document viewed by Brett Hazlett (savannahsmiths17@gmail.com)
  11/22/2016 - 12:09:42 PM MST- IP address: 66.102.6.67

- Brett Hazlett (savannahsmiths17@gmail.com) has agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  11/22/2016 - 12:12:26 PM MST- IP address: 174.208.20.181

- Document e-signed by Brett Hazlett (savannahsmiths17@gmail.com)
  Signature Date: 11/22/2016 - 12:17:21 PM MST - Time Source: server- IP address: 174.208.20.181

- Signed document emailed to Marci Taylor (mt@weekeslaw.net), Andelyn McConnell (paralegal@weekeslaw.net) and Brett Hazlett (savannahsmiths17@gmail.com)
  11/22/2016 - 12:17:21 PM MST

W+L Weekes Law    POWERED BY Adobe Sign