EXHIBIT M

# Advances Report
## Weekes Law, PLLC by Date

Date From : 01/01/16
Date To : 11/20/17

### Weekes Law, PLLC

| Sch # | Debtor | Inv # | Inv. Amt | Gross Adv. Amt | Adj. Amt | Escrow | Discount | Net Adv Amt | Method | Trans # |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28/16 | Hazlett, Brett | 22188 | 2,400.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | ACH | WEB00109 |
| | Sub Total | | 2,400.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | | |

Total Invoice : 2,400.00
Total Gross Advances : 1,800.00
Total Adjustments : 0.00
Total Escrow : 0.00
Discounts : 0.00
Total Net Advances : 1,800.00

Total Invoice : 2,400.00
Total Gross Advances : 1,800.00
Total Adjustments : 0.00
Total Escrow : 0.00
Discounts : 0.00
Total Net Advances : 1,800.00