EXHIBIT N

# FIRST AMENDMENT TO ACCOUNT RECEIVABLE FACTORING NOTE

THIS FIRST AMENDMENT TO ACCOUNT RECEIVABLE FACTORING AGREEMENT (this "**Amendment**") is made effective as of the 18 day of March, 2016 (the "**Effective Date**") by and between SK2, LLC, a Utah limited liability company doing business as "BK Billing" (the "**Lender**") and Weekes Law, PLLC (the "**Borrower**").

## Recitals

A.  WHEREAS, the Borrower and the Lender are parties to that certain Account Receivable Factoring Agreement (the "**Original Agreement**") in the principal amount of $ 750,000.00 (the "**Principal Amount**").

B.  WHEREAS, the Lender and the Borrower desire now to amend certain provisions of the Original Agreement and the Original Agreement, as hereinafter set forth.

## Agreement

NOW, THEREFORE, in consideration of the covenants and conditions contained in the Original Agreement and this Amendment, and for other good and valuable consideration, the Borrower and the Lender hereby agree as follows.

1.  <u>Defined Terms</u>. All capitalized terms not otherwise defined herein shall have that same meaning ascribed to such in the Original Agreement.

2.  <u>Amendment of Section 2 of the Original Agreement</u>. Section 2 of the Original Agreement is hereby amended and replaced in its entirety as follows:

    "2.  **Loan.** During the Term, and subject to the terms and conditions stated in this Agreement, the Lender shall from time to time lend to Borrower up to an aggregate of Seven Hundred Fifty Thousand Dollars Dollars ($750,000.00), in lawful money of the United States of America, with interest accruing on the outstanding principal amount until paid at a simple interest rate of .14% per day (together with the Loan the "**Principal and Interest**")."

3.  All other provisions of the Original Agreement shall remain in full force and effect.

[SIGNATURES ON NEXT PAGE]

4828-5619-4617

BKB 0001

IN WITNESS WHEREOF, the parties hereto have executed this First Amendment to Account Receivable Factoring Agreement effective as of the day and year first above written.

| THE BORROWER: | THE LENDER: |
|---|---|
| Weekes Law, PLLC | SK2, LLC |
| By: *[signature]* | By: *David Stidham* <br> David Stidham (Nov 15, 2016) |
| Name: Russell B. Weekes | Name: David Stidham |
| Title: Member | Title: Manager |