# EXHIBIT S

# Notes
## By Attorney

11/20/17

| Attorney | Debtor | Date | Inv # | Note | Added By |
|---|---|---|---|---|---|
| | Hazlett, Brett | 05/30/17 | Hazlett, Brett [Customer] | 5/30- payment declined- sent text. | Andrea Deschler |
| | | 06/05/17 | Hazlett, Brett [Customer] | 6/5- payment declined- sent text. | Andrea Deschler |
| | | 06/05/17 | Hazlett, Brett [Customer] | 6/5/17 - He texted back and wants to do his next 2 pmts on a 1 time card. He will call in when received the card to setup. works to late to respond via text. | Richie Knorr |
| | | 06/06/17 | Hazlett, Brett [Customer] | 6/6/17 - He texted us, I called him and he provided new pmt info. and made $200 pmt. Card # ▉▉▉▉ 7846. Name on card: Florence L Hazlett. exp. 06/18. zipcode: 84057 | Richie Knorr |
| | | 09/07/17 | Hazlett, Brett [Customer] | 9/7/17 - Mrs Hazlett called asked for the balance remaining which is $600 and asked us to stop payments saying they can't pay anymore. I advised her to contact her Attorney to see what they can work out because we can't take her off schedule just because she doesn't want to pay. | Richie Knorr |

BK Billing
PO Box 708954
Sandy, Utah, 84070
888-925-8810

Notes
Page 1 of 2
BKB 0020