# EXHIBIT U



Payment Information

### Customer Account: Hazlett,Brett-WL

### For BK Billing

Customer

**Name: Brett Hazlett**

Zip Code:   84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 12/13/2016

Payment Status:   **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 3595FF

Authorization Date: 12/13/2016 01:01:10 MST

CP Reference: C6024810P4216971

BKB 0022

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

<u>Customer</u>

**Name:** Brett Hazlett

Zip Code: 84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

<u>Credit Card Payment</u>

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 01/24/2017

Payment Status: **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 2501FF

Authorization Date: 01/24/2017 01:01:35 MST

CP Reference: C6024810P4216972

Case 16-30360    Doc 117-21    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett    Page 4 of 16

10/24/2018

cpteller

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name:** Brett Hazlett

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 02/21/2017

Payment Status:    **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 7883FF

Authorization Date: 02/21/2017 01:04:17 MST

CP Reference: C6024810P4216973

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

<u>Customer</u>

**Name: Brett Hazlett**

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

<u>Credit Card Payment</u>

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 03/21/2017

Payment Status:    **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 3946FF

Authorization Date: 03/21/2017 01:01:42 MST

CP Reference: C6024810P4216974

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name: Brett Hazlett**

Zip Code: 84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 04/18/2017

Payment Status: **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 831953

Authorization Date: 04/18/2017 01:01:05 MST

CP Reference: C6024810P4216975

10/24/2018

Case 16-30360    Doc 117-21    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett    Page 7 of 16

cpteller

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

<u>Customer</u>

**Name:** Brett Hazlett

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

<u>Credit Card Payment</u>

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 05/30/2017

Payment Status:    **Declined**

Card was declined: Pick up card

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code:

Authorization Date: 05/30/2017 01:01:16 MST

CP Reference: C6024810P4216976

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name:** Brett Hazlett

Zip Code: 84057

Phone:

Email: savannahsmiths17@gmail.com

Notes:

Credit Card Payment

Entry Date: 06/01/2017 10:04 AM MST

Payment Date: 06/05/2017

Payment Status: **Declined**

Card was declined: Pick up card

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code:

Authorization Date: 06/05/2017 01:07:07 MST

CP Reference: C6024810P6583228

Case 16-30360   Doc 117-21   Filed 11/12/18   Entered 11/12/18 22:29:55   Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett   Page 9 of 16

10/24/2018 — cpteller

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name:** Brett Hazlett

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Capstone Law-Bankruptcy

Credit Card Payment

Entry Date: 06/06/2017 06:03 PM MST

Payment Date: 06/06/2017

Payment Status:  **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....7846

Authorization Code: 037653

Authorization Date: 06/06/2017 18:03:05 MST

CP Reference: C6024810P6673626

10/24/2018

Case 16-30360    Doc 117-21    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett    Page 10 of 16

1/1

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

<u>Customer</u>

**Name: Brett Hazlett**

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

<u>Credit Card Payment</u>

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 06/27/2017

Payment Status:    **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 126621

Authorization Date: 06/27/2017 01:00:37 MST

CP Reference: C6024810P4216977

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name:** Brett Hazlett

Zip Code: 84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 07/25/2017

Payment Status: **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 249864

Authorization Date: 07/25/2017 01:01:11 MST

CP Reference: C6024810P4216978

10/24/2018                    Case 16-30360   Doc 117-21   Filed 11/12/18   Entered 11/12/18 22:29:55   Desc
                                Exhibit U: BK Billing Account Statements for Brett Hazlett   Page 12 of 16
                                                                          CPTeller

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name: Brett Hazlett**

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 08/22/2017

Payment Status:    **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 374069

Authorization Date: 08/22/2017 01:00:35 MST

CP Reference: C6024810P4216979

https://secure.cpteller.com/report/payment/?id=4216979                                                                       BKB 0032
                                                                                                                              1/1

10/24/2018

Case 16-30360    Doc 117-21    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett    Page 13 of 16

CPTeller

1/1

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name: Brett Hazlett**

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 09/19/2017

Payment Status:   **Completed**

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code: 495939

Authorization Date: 09/19/2017 01:00:15 MST

CP Reference: C6024810P4216980

10/24/2018

Case 16-30360   Doc 117-21   Filed 11/12/18   Entered 11/12/18 22:29:55   Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett   Page 14 of 16

CPTeller

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name: Brett Hazlett**

Zip Code: 84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 11/28/2016 01:41 PM MST

Payment Date: 10/31/2017

Payment Status:   **Declined**

Card was declined: Invalid service code restricted

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code:

Authorization Date: 10/31/2017 01:00:14 MST

CP Reference: C6024810P4216981

10/24/2018

Case 16-30360    Doc 117-21    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett    Page 15 of 16

CPTeller

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

| Customer | Credit Card Payment |
|---|---|
| **Name: Brett Hazlett** | Entry Date: 11/28/2016 01:41 PM MST |
| Zip Code:  84057 | Payment Date: 11/19/2017 |
| Phone: | Payment Status:   **Declined** |
| Email: savannahsmiths17@gmail.com | Card was declined: Invalid service code restricted |
| Notes: Weekes Law-Bankruptcy | Payment Amount: $200.00 |
| | Payment Type: VISA DEBIT CLASSIC |
| | Card Number: 4.....1607 |
| | Authorization Code: |
| | Authorization Date: 11/19/2017 01:00:32 MST |
| | CP Reference: C6024810P4216982 |

10/24/2018

Case 16-30360    Doc 117-21    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit U: BK Billing Account Statements for Brett Hazlett    Page 16 of 16

CPTeller

1/1

Payment Information

**Customer Account: Hazlett,Brett-WL**

**For BK Billing**

Customer

**Name:** Brett Hazlett

Zip Code:  84057

Phone:

Email: savannahsmiths17@gmail.com

Notes: Weekes Law-Bankruptcy

Credit Card Payment

Entry Date: 12/18/2017 02:42 PM MST

Payment Date: 12/19/2017

Payment Status:    **Declined**

Card was declined: Invalid service code restricted

Payment Amount: $200.00

Payment Type: VISA DEBIT CLASSIC

Card Number: 4.....1607

Authorization Code:

Authorization Date: 12/19/2017 01:03:53 MST

CP Reference: C6024810P9585742

BKB 0036