EXHIBIT W

11/21/2017

Case 16-30360    Doc 117-22    Filed 11/12/18    Entered 11/12/18 22:29:55    Desc
Exhibit W: BK Billing Summary of Hazlett Account Payments    Page 2 of 2

### Customer Information

**Customer Account: Hazlett,Brett-WL  Brett Hazlett**

| Item | Date | Amount | Method | Auth Code | Status |
|---|---|---|---|---|---|
| 1 | 12/13/2016 | $200.00 | Credit Card | 3595FF | Completed |
| 2 | 01/24/2017 | $200.00 | Credit Card | 2501FF | Completed |
| 3 | 02/21/2017 | $200.00 | Credit Card | 7883FF | Completed |
| 4 | 03/21/2017 | $200.00 | Credit Card | 3946FF | Completed |
| 5 | 04/18/2017 | $200.00 | Credit Card | 831953 | Completed |
| 6 | 05/30/2017 | $200.00 | Credit Card | | Returned |
| 7 | 06/05/2017 | $200.00 | Credit Card | | Returned |
| 8 | 06/06/2017 | $200.00 | Credit Card | 037653 | Completed |
| 9 | 06/27/2017 | $200.00 | Credit Card | 126621 | Completed |
| 10 | 07/25/2017 | $200.00 | Credit Card | 249864 | Completed |
| 11 | 08/22/2017 | $200.00 | Credit Card | 374069 | Completed |
| 12 | 09/19/2017 | $200.00 | Credit Card | 495939 | Completed |
| 13 | 10/31/2017 | $200.00 | Credit Card | | Returned |
| 14 | 11/19/2017 | $200.00 | Credit Card | | Returned |

BKB 0055