**EXHIBIT "G"**
**ADOBE SIGN DOCUMENT HISTORY**



# Hazlett Ch 7 Agreement

Adobe Sign Document History　　　　　　　　　　　11/20/2018

| | |
|---|---|
| Created: | 10/27/2016 |
| By: | Russell B. Weekes (rbw@weekeslaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAVOtyJJ_Ig6_qYtkIAakgZJAlt2vicVhj |

## "Hazlett Ch 7 Agreement" History

- 📄 Document created by Russell B. Weekes (rbw@weekeslaw.net)
  10/27/2016 - 4:26:14 PM MDT- IP address: 136.146.210.8

- ✉️ Document emailed to Brett hazlett (savannahsmiths17@gmail.com) for signature
  10/27/2016 - 4:26:24 PM MDT

- 📄 Document viewed by Brett hazlett (savannahsmiths17@gmail.com)
  10/27/2016 - 5:10:18 PM MDT- IP address: 66.249.84.157

- 📄 Document viewed by Brett hazlett (savannahsmiths17@gmail.com)
  10/28/2016 - 5:49:05 PM MDT- IP address: 66.249.84.157

- 📄 Document viewed by Brett hazlett (savannahsmiths17@gmail.com)
  10/29/2016 - 5:29:08 PM MDT- IP address: 64.233.172.133

- ✅ Brett hazlett (savannahsmiths17@gmail.com) has explicitly agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  10/29/2016 - 5:45:33 PM MDT- IP address: 67.2.63.249

- ✍️ Document e-signed by Brett hazlett (savannahsmiths17@gmail.com)
  Signature Date: 10/29/2016 - 5:45:33 PM MDT - Time Source: server- IP address: 67.2.63.249

- ✅ Signed document emailed to Brett hazlett (savannahsmiths17@gmail.com) and Russell B. Weekes (rbw@weekeslaw.net)
  10/29/2016 - 5:45:33 PM MDT





# Petition, Statement & Schedules for Signature

Adobe Sign Document History    11/20/2018

| | |
|---|---|
| Created: | 11/22/2016 |
| By: | Paula Olsen (paralegal7@weekeslaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAB65N9gQtJU-14C4Me_gNCRWruXY27ZU2 |

## "Petition, Statement & Schedules for Signature" History

- Document created by Paula Olsen (paralegal7@weekeslaw.net)
  11/22/2016 - 10:40:48 AM MST- IP address: 136.146.210.8

- Document emailed to Brett Hazlett (savannahsmiths17@gmail.com) for signature
  11/22/2016 - 10:41:42 AM MST

- Document viewed by Brett Hazlett (savannahsmiths17@gmail.com)
  11/22/2016 - 11:30:11 AM MST- IP address: 66.102.6.65

- Brett Hazlett (savannahsmiths17@gmail.com) has explicitly agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  11/22/2016 - 11:33:44 AM MST- IP address: 174.208.20.181

- Document e-signed by Brett Hazlett (savannahsmiths17@gmail.com)
  Signature Date: 11/22/2016 - 11:33:44 AM MST - Time Source: server- IP address: 174.208.20.181

- Document emailed to Russell B. Weekes (rbw@weekeslaw.net) for signature
  11/22/2016 - 11:33:44 AM MST

- Document viewed by Russell B. Weekes (rbw@weekeslaw.net)
  11/22/2016 - 4:13:51 PM MST- IP address: 98.202.110.172

- Russell B. Weekes (rbw@weekeslaw.net) has explicitly agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  11/22/2016 - 4:14:09 PM MST- IP address: 98.202.110.172

- Document e-signed by Russell B. Weekes (rbw@weekeslaw.net)
  Signature Date: 11/22/2016 - 4:14:09 PM MST - Time Source: server- IP address: 98.202.110.172

- Signed document emailed to Brett Hazlett (savannahsmiths17@gmail.com), Paula Olsen (paralegal7@weekeslaw.net) and Russell B. Weekes (rbw@weekeslaw.net)
  11/22/2016 - 4:14:09 PM MST





# Hazlett, Brett Chapter 7 Ch 7 ABP Completion Agreement

Adobe Sign Document History                    11/20/2018

| | |
|---|---|
| Created: | 11/22/2016 |
| By: | Marci Taylor (mt@weekeslaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2QsjFanJL5ZDRQjrBtOo3XhCRKQxbBSX |

## "Hazlett, Brett Chapter 7 Ch 7 ABP Completion Agreement" History

- Document created by Marci Taylor (mt@weekeslaw.net)
  11/22/2016 - 12:08:50 PM MST- IP address: 136.146.210.8

- Document emailed to Brett Hazlett (savannahsmiths17@gmail.com) for signature
  11/22/2016 - 12:08:59 PM MST

- Document viewed by Brett Hazlett (savannahsmiths17@gmail.com)
  11/22/2016 - 12:09:42 PM MST- IP address: 66.102.6.67

- Brett Hazlett (savannahsmiths17@gmail.com) has explicitly agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  11/22/2016 - 12:17:21 PM MST- IP address: 174.208.20.181

- Document e-signed by Brett Hazlett (savannahsmiths17@gmail.com)
  Signature Date: 11/22/2016 - 12:17:21 PM MST - Time Source: server- IP address: 174.208.20.181

- Signed document emailed to Marci Taylor (mt@weekeslaw.net), Andelyn McConnell (paralegal@weekeslaw.net) and Brett Hazlett (savannahsmiths17@gmail.com)
  11/22/2016 - 12:17:21 PM MST



# Petition, Statement & Schedules for Signature

Adobe Sign Document History 11/20/2018

| | |
|---|---|
| Created: | 12/05/2016 |
| By: | Paula Olsen (paralegal7@weekeslaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACMg4LDOVUX4ir06vQsOPtRw6I4Yme49F |

## "Petition, Statement & Schedules for Signature" History

- Document created by Paula Olsen (paralegal7@weekeslaw.net)
  12/05/2016 - 1:20:30 PM MST- IP address: 136.146.210.8

- Document emailed to Brett hazlett (savannahsmiths17@gmail.com) for signature
  12/05/2016 - 1:22:47 PM MST

- Document viewed by Brett hazlett (savannahsmiths17@gmail.com)
  12/05/2016 - 1:23:40 PM MST- IP address: 64.233.172.131

- Brett hazlett (savannahsmiths17@gmail.com) has explicitly agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  12/05/2016 - 1:46:06 PM MST- IP address: 174.208.26.127

- Document e-signed by Brett hazlett (savannahsmiths17@gmail.com)
  Signature Date: 12/05/2016 - 1:46:06 PM MST - Time Source: server- IP address: 174.208.26.127

- Document emailed to Russell B. Weekes (rbw@weekeslaw.net) for signature
  12/05/2016 - 1:46:06 PM MST

- Document viewed by Russell B. Weekes (rbw@weekeslaw.net)
  12/05/2016 - 1:46:25 PM MST- IP address: 64.233.172.131

- Russell B. Weekes (rbw@weekeslaw.net) has explicitly agreed to the terms of use and to do business electronically with Weekes Law, PLLC
  12/05/2016 - 1:46:48 PM MST- IP address: 75.148.99.65

- Document e-signed by Russell B. Weekes (rbw@weekeslaw.net)
  Signature Date: 12/05/2016 - 1:46:48 PM MST - Time Source: server- IP address: 75.148.99.65

- Signed document emailed to Russell B. Weekes (rbw@weekeslaw.net), Paula Olsen (paralegal7@weekeslaw.net) and Brett hazlett (savannahsmiths17@gmail.com)
  12/05/2016 - 1:46:48 PM MST

